FILED

01/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0457

_____

IN THE MATTER OF:

X.G., A.G., and K.G.,                                        O R D E R

      Youths in Need of Care.


_____


Upon consideration of Appellant's motion to consolidate and good cause appearing,

IT IS ORDERED the motion to consolidate is GRANTED, and Cause Nos. DA 21-0457, DA 21-0458, and DA 21-0459 shall be consolidated under Cause No. DA 21-0457 and shall be captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 13 2022